USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/16/2026____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

MINGJING LI,

                            Plaintiff,

               -against-

RIVERA, et al.,

                        Defendants.

------------------------------------------------------------------X

**26-CV-3312 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Defendants' Consent to Substitute Counsel filed June 12, 2026.

The Defendants are directed to comply with Local Rule 1.4 regarding Motions to Withdraw.

Defendants shall file their motion and accompanying stipulation by **June 22, 2026**.

               **SO ORDERED.**

DATED:     New York, New York
             June 16, 2026

                                                   *Katharine H Parker*
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge