# ROSSMAN LAW FIRM, LLC

300 Cadman Plaza West
One Pierrepont Plaza, 12th Floor
Brooklyn, New York 11201
Phone: 973-722-3315
Email: tar@rossmanlawfirm.com
W: www.rossmanlawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/20/2026

Todd A. Rossman, Esq.
*Licensed in New York and New Jersey*

New Jersey Office:
36 Cattano Avenue, Suite 6000
Morristown, New Jersey 07962

July 20, 2026

**APPLICATION GRANTED: The Initial Conference set for 7/21/2026 at 02:30 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, September 30, 2026 at 11:00 a.m.**

APPLICATION GRANTED
Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J.
**07/20/2026**

**VIA ECF**
Hon. Katharine H. Parker, U.S.M.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Li v. Rivera et al**
**Civil Action No.: 1:26-cv-03312**

Dear Judge Parker:

Our office represents the defendants in the above-referenced matter. We write regarding the initial conference hearing currently scheduled for July 21, 2026.

My sincere apologies for the late request, but this appearance did not make our calendar. I am presently out of state on a previously scheduled vacation and, as a result, unavailable to appear in person for tomorrow's conference. In addition, my associates are awaiting admission to the Southern District of New York and cannot appear. Accordingly, we respectfully request that the Court permit all counsel to appear virtually tomorrow. In the alternative, if a virtual appearance is not possible, we respectfully request that the conference be adjourned to a date in September, upon the Court's convenience, to allow the parties additional time to confer and provide a joint discovery plan. We have already reached out to Plaintiff's counsel with a proposed discovery schedule and are awaiting a response.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ Todd A. Rossman

Todd A. Rossman

TAR:zk
Cc: Donald S. Domitrz, Esq. via ECF